**USA VIDEO TECHNOLOGY CORPORATION, Plaintiff–Appellant,**

v.

**TIME WARNER CABLE, INC. and Comcast of Dallas, LP, Defendants–Appellees,**

and

Cox Communications, Inc., Defendant,

and

Charter Communications, Inc., Defendant–Appellee,

and

Comcast Cable Communications, LLC, Defendant–Appellee,

and

Comcast of Richardson, LP and Comcast of Plano, LP, Defendants.

No. 2008–1166.

United States Court of Appeals, Federal Circuit.

May 29, 2008.

**ORDER**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.